```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHRISTIAN McKNIGHT,                                                    :
                                                                       :
                              Petitioner,                              :
                                                                       :    15 Cr. 607 (JPC)
              -v-                                                      :    19 Civ. 2585 (JPC)
                                                                       :
                                                                       :          ORDER
UNITED STATES OF AMERICA,                                              :
                                                                       :
                              Respondent.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Petitioner Christian McKnight moved to vacate his sentence on March 21, 2019.  Dkt. 255.  On June 11, 2019, the United States opposed, citing among other reasons his plea agreement's waiver of the right to collaterally challenge any conviction within the stipulated United States Sentencing Guidelines range.  Dkt. 264 at 3.  McKnight then filed an amended motion to vacate on January 4, 2021, Dkt. 289, and the Government filed a supplemental opposition on March 8, 2021, Dkt. 294.  The March 8, 2021 submission, however, does not argue that McKnight waived his right to collaterally attack his conviction.

This case was reassigned to the undersigned on July 29, 2021.  No later than November 12, 2021, the Government shall inform the Court whether it continues to argue that McKnight's motion to vacate should be denied in light of the waiver in McKnight's plea agreement.  The Clerk of Court is respectfully directed to mail this order to the *pro se* petitioner.

SO ORDERED.

Dated: November 5, 2021
       New York, New York

                                              _____
                                                      JOHN P. CRONAN
                                                  United States District Judge